**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Hussein Ali Abdullahi  vs. USCIS and Federal Bureau Of Investigations

Case Number:
FILED: MAY 6, 2008
08CV2609     PH
JUDGE GOTTSCHALL
MAGISTRATE JUDGE KEYS

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Hussein Ali Abdullah

| | |
|---|---|
| NAME (Type or print)  Reem Husni Odeh | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ Reem H. Odeh | |
| FIRM  Brodsky & Odeh | |
| STREET ADDRESS  8 S. Michigan Ave, Suite 3200 | |
| CITY/STATE/ZIP  Chicago IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6279336 | TELEPHONE NUMBER  312-701-3000 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐