UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Hussein Ali Abdullah
         Plaintiff,

v.                   Case No.: 1:08−cv−02609
                   Honorable Joan B. Gottschall

Donald Ferguson, et al.
         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 8, 2008:

   MINUTE entry before the Honorable Joan B. Gottschall: ( Status hearing set for 7/9/08 is stricken and reset to 8/13/2008 at 09:30 AM by request of Plaintiff's counsel via telephone.) Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.