UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HUSSEIN ALI ABDULLAH,<br>    Plaintiff,<br>v.<br><br>DONALD FERGUSON, Interim District<br>Director, Chicago District Office, U.S.<br>Citizenship & Immigration Services, and<br>ROBERT MUELLER, Director, Federal<br> Bureau of Investigations<br><br>Defendant | Case No.:<br>File No.: 08 CV 2609 |

FILED
SEP 03 2008
JUDGE JOAN B. GOTTSCHALL

## AGREED STIPULATION TO DISMISS

    Plaintiff Hussein Abdullah, by his attorney, Reem Odeh, and the defendants, Michael Chertoff, as Director of the Department of Homeland Security, and Robert Mueller, aS Director of the Federal Bureau of Investigations, by Patrick J. Fitzgerald, United States for the Northern District of Illinois, hereby stipulate to dismissal of this action with prejudice.


Law Offices of Brodsky & Odeh
Reem H. Odeh
8 S. Michigan, Suite 3200
Chicago, Illinois 60603
312-701-3000
312-701-3088(fax)

                                             Respectfully Submitted,

                                             /s/Reem H. Odeh
                                             Reem H. Odeh
                                             Attorney for Plaintiff