

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2609 | **DATE** | 9/3/2008 |
| **CASE TITLE** | Hussein Ali Abdullah vs. Ferguson | | |

**DOCKET ENTRY TEXT**

Pursuant to Agreed Stipulation to Dismiss, this case is dismissed with prejudice. Civil case terminated.

Docketing to mail notices.

2008 SEP -3 PH 5:40
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | RJ |
|---|---|---|